UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

Eastern District of Kentucky
**FILED**
OCT 30 2019
AT ASHLAND
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

Civil Action No. 18-100-HRW

JAMIE D. ALEXANDER,                             PLAINTIFF,

v.                              <u>**ORDER**</u>

ALECZANDER LEADFORD,                        DEFENDANT.

This matter is before the Court upon Defendant's Motion for Summary Judgment [Docket No. 23].

The undersigned referred "all further pretrial proceedings, including preparing a proposed finding of fact and recommendations on dispositive motions" to Magistrate Judge Hanly A. Ingram. [Docket No. 15].

On October 8, 2019, Magistrate Judge Ingram entered his Report and Recommendation wherein he found that the Defendant's Motions for Summary Judgment should be sustained. [Docket No. 24].

Hearing no objections to the report and recommendation, and seeing no error in same, this Court adopts the recommendation.

Accordingly, **IT IS THEREFORE ORDERED AND ADJUDGED:**

1) that the Magistrate Judge's report and recommendation is hereby approved and adopted as and for the opinion of the Court,

2) that the Motion for Summary Judgment [Docket No. 23] be

**SUSTAINED**;

4) the Court declines to grant a Certificate of Appealability; and

5) that this is a final and appealable order.

This 30th day of October, 2019.



Signed By:
*Henry R. Wilhoit, Jr.*
United States District Judge